UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZHIHENG WANG, *individually and
on behalf of all others similarly situated*,

                Plaintiff,                                          JUDGMENT
    v.                                                              22-CV-4576 (OEM)(RML)

PRUSSIAN, INC., and MIKE YIN LIANG,

                Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of the Honorable Orelia E. Merchant, United States District Court, having been filed on November 5, 2025, adopting the Report and Recommendation of Magistrate Robert M. Levy, dated May 5, 2025, striking the answer as to Defendant Prussian, Inc. and directing the Clerk of Court to enter default judgment against Prussian, Inc.; it is

        ORDERED and ADJUDGED that the answer as to Defendant Prussian, Inc. is stricken; and default judgment is entered against Prussian, Inc.

Dated: Brooklyn, New York                                        Brenna B. Mahoney
         November 6, 2025                                     Clerk of Court

                                                              By:    */s/Jalitza Poveda*
                                                                          Deputy Clerk